UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Johnnie Cook,

               Plaintiff,                                    08cv3830(GBD)

    -against-                                            ORDER

H. Graham.

               Defendant
------------------------------------------------------------X
GEORGE B. DANIELS, DISTRICT JUDGE:

     **JOHNNIE COOK**, petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. §2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, having determined that the respondent should file and answer, it is hereby

     ORDERED, that the Clerk of the Court serve, by certified mail, a copy of this Order, the underlying Petition, and petitioner's memorandum on the Attorney General of the State of New York and the District Attorney of New York County, and it is further

     ORDERED, that respondent shall file and answer to the petition or other pleadings in response thereto, within 60 days of the date of this order, and it is further

     ORDERED, that respondent shall file with its answer all relevant parts of the state court record including, but not limited to, the trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decision, and post-trial motions and decisions, and it is further

     ORDERED, that petitioner shall have thirty (30) days from the date on which he is served with respondent's answer or other pleadings, to file a response.

     Plaintiff's, who are appearing pro se, should direct any questions to the Pro Se Office at 500 Pearl Street, Room 230 (Telephone: (212) 637-0175).

Dated: New York, New York
          April 30, 2008

                                                        SO ORDERED:

                                                        George B. Daniels
                                                        United States District Judge