

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

ROBERT T. JOHNSON  
*District Attorney*

198 East 161st Street  
Bronx, New York 10451

(718) 590-2156  
Fax 590-6523

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: JUL 3 1 2008

July 25, 2008

The Honorable George B. Daniels  
United States District Judge  
Southern District of New York  
500 Pearl Street, Room 630  
New York, NY 10007

SO ORDERED

*[signature]*  
HON. GEORGE B. DANIELS  
JUL 3 1 2008

RE: *Johnnie Cooks v. H. Graham*  
08-Civ-3830 (GBD)

Your Honor:

    I am assigned to handle the District Attorney's response to petitioner's habeas corpus petition in the above matter. Our response is due on August 1, 2008. I am writing to request an extension to file our Answer on or before September 19, 2008. This letter is respondent's second request for an adjournment, the first of which was granted to the date requested. I have neither sought nor received consent to the adjournment from the incarcerated pro se petitioner.

    I am currently assigned three direct appeals of criminal convictions of incarcerated defendants, and one appeal of a civil matter related to a defendant's criminal conviction. I am also responding to a post-conviction motion in state Supreme Court and will be assisting another Assistant District Attorney in the trial of another matter. Accordingly, so that I have time to prepare and file a proper response, I respectfully request that this Court adjourn the date for our response to September 19, 2008. If your Honor will need to contact me, I can be reached at (718) 590-7997. Thank you.

Respectfully submitted,

*[signature]*

ANDREW S. HOLLAND (AH 7549)  
Assistant District Attorney

cc: Johnnie Cooks  
03-A-6498  
Auburn Correctional Facility  
P.O. Box 618  
Auburn, NY 13021